IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER ) | |
| aka Reno Rainer ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **Lorenzo Rainer,** in the above-styled case.

Dated this 3rd day of August, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER ) | |
| aka Reno Rainer ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49