**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Case No.: 2:07-cr-151-MEF |
| | ) |
| LORENZO RAINER | ) |

**UNOPPOSED MOTION FOR DETERMINATION OF MENTAL COMPETENCY**
**AND FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

**COMES NOW** the defendant **LORENZO RAINER**, by undersigned counsel, Donnie W. Bethel, pursuant to the 18 U.S.C. §§ 4241(a) and (b), and respectfully requests that an inpatient psychiatric or psychological examination be made of Mr. Rainer to determine his mental competency to stand trial, to assess whether he is presently suffering from a mental disease or defect, and, if so, to assess whether he is in need of care or treatment in a suitable facility.

In support of this motion, the Defendant would show:

1.  While in school, Mr. Rainer always attended special education classes.

2.  Mr. Rainer has received social security disability payments due to previously diagnosed mental infirmities.

3.  Before deputy United States Marshals apprehended him in this case, Mr. Rainer fled from the deputies on foot, but then claimed that he was unable to walk. He has continued to drag himself along on the ground since that time. Further, based on his conversations with and personal observations of Mr. Rainer, Undersigned Counsel believes

a psychiatric or psychological examination and a competency determination are necessary.

4.  The United States, through Assistant United States Attorney Matt Shepard, does not oppose this request.

**WHEREFORE**, defendant requests that this Motion be granted.

Dated this 22nd day of August, 2007.

                    Respectfully submitted,

                    s/ Donnie W. Bethel
                    DONNIE W. BETHEL
                    Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail: don_bethel@fd.org
                    IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49