IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER    ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, **LORENZO RAINER**, by undersigned counsel, pursuant to 18 U.S.C. § 3161(h)(8)(A), and respectfully moves the Court for an Order continuing this matter from the October, 2007, trial term.

In support of this motion, the Defendant would show that:

1.    This case is set for trial on October 2, 2007.

2.    On August 28, 2007, this Court, by United States Magistrate Judge Susan Walker, found that, "[T]here is reasonable cause to believe that LORENZO RAINER at the time of the commission of the offense charged was insane or mentally incompetent and/or may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Accordingly, Judge Walker ordered that the Defendant be immediately removed to a federal institution where he could be observed and evaluated by competent psychiatrists for a period of 45 days. Mr. Rainer was subsequently removed from the Middle District of Alabama and delivered to Miami, Florida, for evaluation. He will not return from Miami to the Middle District

prior to his scheduled trial date of October 2, 2007.

3. Because this delay in the trial date would result from the examination to determine Mr. Rainer's competence to stand trial, it is specifically excluded from time computations conducted to determine compliance with the federal Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A).

5. Requests for a continuance are addressed to the sound discretion of the trial court. *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984). Continuances necessary to achieve the "ends of justice" are appropriately granted. *See, e.g., United States v. Goetz*, 826 F.2d 1025, 1028 (11th Cir. 1987). Mr. Rainer contends that his requested continuance is necessary to achieve the ends of justice.

6. Assisted United States Attorney, Matthew W. Shepherd, does not oppose this request.

**WHEREFORE**, defendant requests that this Motion be granted.

Dated this 24th day of September, 2007.

                    Respectfully submitted,

                    s/ Donnie W. Bethel
                    DONNIE W. BETHEL
                    Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail:don_bethel@fd.org
                    IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 2:07-cr-151-MEF** |
| ) | |
| **LORENZO RAINER** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49