IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr151-MEF |
| | ) | |
| LORENZO RAINER | ) | |

## **ORDER**

For good cause, it is

ORDERED that a telephone status conference relating to competency is scheduled for 4:00 p.m. on December 3, 2007. Counsel for the government is DIRECTED to set up the conference call.

DONE, this 28th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE