IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |

# **O R D E R**

Upon consideration of the defendant's Sealed Motion for Mental Competency Hearing and Motion to Seal (Doc. #26) filed on December 18, 2007, it is hereby

ORDERED that the motions are GRANTED. The motion for mental competency hearing is set for hearing on Friday, December 21, 2007, at 8:30 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 19th day of December, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE