IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                      ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER                 ) | |
| aka Reno Rainer                     ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Lorenzo Rainer, by and through undersigned counsel, Kevin L. Butler, and moves this Court, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(8)(B)(i), (h)(8)(B)(ii), and (h)(8)(B)(iv), for a continuance of his trial setting of January 14, 2008. In support of this motion, Defendant would show:

1. Mr. Rainer is charged with being a felon in possession of a firearm.

2. If convicted of this offense, based upon the prior convictions set forth in the indictment, Mr. Rainer may be an armed career criminal and subject to a mandatory minimum 180-month custodial sentence.

3. Defense investigation and observation reveals that Mr. Rainer suffers mental health limitations.

4. Though the court has determined that Mr. Rainer is presently competent to proceed to trial, the defense is attempting to locate and obtain Mr. Rainer's psychiatric records from his family members, mental health facilities, and local correctional facilities. Once in receipt of this information the defense will determine if it is relevant for issues of competence, trial (i.e trial strategy) and sentencing and will also have it assessed by a qualified psychiatric

professional.[1]

5. Additionally, undersigned counsel is attempting to locate, obtain and verify Mr. Rainer's criminal history records. Based upon the severity of penalty Mr. Rainer would receive if he is determined to be an ACC, this information is relevant for negotiating any potential plea agreement as well as for determination of what reasonable sentence should be imposed if Mr. Rainer is convicted of this offense. *See* 18 U.S.C. § 3553.

6. The defense will not be in possession of the relevant psychiatric information or criminal history information on or before the presently scheduled trial date of January 14, 2008. Therefore, it is in the interest of justice to continue trial.

7. The United States, through Assistant United States Attorney Matthew W. Sheppard, does not oppose the granting of a continuance.

8. Additionally, Mr. Rainer waives speedy trial as to the January 14, 2008 trial term. *See* Exhibit 1.

9. Requests for a continuance are addressed to the sound discretion of the trial court. United States v. Darby, 744 F.2d 1508, 1521 (11th Cir. 1984), reh. denied 749 F.2d 733, cert. denied 471 U.S. 1100 (1985). Additionally, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(1)(I), (h)(4), (h)(8)(B)(I), (h)(8)(B)(ii), and (h)(8)(B)(iv), this Court has authority to continue trial to allow counsel time to conduct necessary psychiatric examinations and investigation and conduct investigation necessary to facilitate a potential resolution that will be reviewed by

---

[1] Of concern to the defense is the fact that the Federal Bureau of Prison completed its psychiatric forensic evaluation of Mr. Rainer without seeking any historical data. Based upon undersigned counsel's experience, an accurate psychiatric assessment can only be made when the evaluator is aware of the patient's psychiatric history. Without this information, it is easy to misdiagnose the patient. All historical information was obtained from Mr. Rainer (the person suffering from mental illness). This information is traditionally inaccurate.

the court.

**WHEREFORE**, for the foregoing reasons, Mr. Rainer respectfully requests that his trial date be continued from the presently scheduled January 14, 2008 trial date.

Dated this 3rd day of January, 2008.

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER ) | |
| aka Reno Rainer ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER ) | |
| aka Reno Rainer ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of his right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives his right to a speedy trial from the January 14, 2008 trial term until Judge Fuller's next trial term of April 7, 2008.

1/2/07
Date

Lorenzo Rainer aka Reno Rainer

1/2/07
Date

Attorney for Lorenzo Rainer aka Reno Rainer