IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |
| aka Reno Rainer | ) | |

**MOTION FOR DEFENDANT TO BE
PRESENT AT PRE-TRIAL CONFERENCE**

**NOW COMES** the Defendant, **LORENZO RAINER,** by and through undersigned counsel, Donnie W. Bethel, and respectfully requests the Defendant's presence at the Pre-trial Conference scheduled for March 14, 2008, at 3:00 pm in Courtroom 5B, United States Courthouse, One Church Street, Montgomery, Alabama, before Judge Walker.

Dated this 7th day of March, 2008

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |
| aka Reno Rainer | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49