IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr151-MEF |
| | ) | |
| LORENZO RAINER aka Reno Rainer | ) | |

### **ORDER**

Upon consideration of defendant's motion to be present at pretrial conference (Doc. # 45), filed March 7, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

The Marshal is DIRECTED to produce defendant for the pretrial conference scheduled for 3:00 p.m. on March 14, 2008, in courtroom 5-B.

DONE, this 7th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE