IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |

## **O R D E R**

Upon consideration of the defendant's Third Motion to Continue Trial (Doc. #56) filed on April 2, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 3rd day of April, 2008.

                                            /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE