IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Verne H. Speirs, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 4th of April, 2008.

                                                       LEURA G. CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/ Verne H. Speirs
                                                   VERNE H. SPEIRS
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                   131 Clayton Street
                                                   Montgomery, Alabama 36104
                                                   Tel: (334) 223-7280
                                                   Fax: (334) 223-7135
                                                   verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR NO. 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
United States Attorney's Office
131 Clayton Street
Montgomery, Alabama 36104
Tel: (334) 223-7280
Fax: (334) 223-7135
verne.speirs@usdoj.gov