IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |
| aka Reno Rainer | ) | |

**MOTION TO INSPECT JURY LIST FOR BOTH**
**THE GRAND JURY AND THE PETIT JURY**

**NOW COMES** the Defendant, LORENZO RAINER, by and through undersigned counsel, and respectfully moves this Court pursuant to 28 U.S.C. 1867 (F), to allow him through his attorney to inspect the contents of records or papers used by the jury commission or clerk in connection with the jury selection process to help him determine whether or not to move to dismiss the indictment on the ground that there was substantial failure to comply with provisions of Chapter 121, 28 U.S.C. 1861 et. seq. in selecting the grand or petit jury. A memorandum brief in support of this motion is attached hereto and made part of this motion herein.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

Respectfully submitted;

_____

\_\_ **BAR CODE:** _____
Attorney for Defendant

**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 1960
Montgomery, AL  36104
TEL:  (334) 834-2099
FAX: (334) 834-0353

## CERTIFICATE OF SERVICE

_____I hereby certify that I have this \_\_\_\_\_ day of _____ 199\_\_, served a copy of the foregoing **Motion to Inspect Jury List for Both the Grand Jury and Petit Jury** upon the following, by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed:

_____, Esquire
Assistant U.S. Attorney
One Court Square, Suite 201
Montgomery, AL  36104

_____

\_\_ **BAR CODE:** _____
Attorney for Defendant

**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 1960
Montgomery, AL  36104
TEL:  (334) 834-2099
FAX: (334) 834-0353

P:\Client\Open\R\Rainer, Lorenzo\Pretrial\Defendant's Filings\Jury\INSPJURY.wpd