IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |

### AFFIDAVIT

| | |
|---|---|
| STATE OF ALABAMA | ) |
| COUNTY OF MONTGOMERY | ) |

The Affiant, **CHRISTINE A. FREEMAN**, states the following:

1. My name is Christine A. Freeman. I am an attorney for the Federal Defenders, Middle District of Alabama, who are appointed counsel for the Defendant Lorenzo Rainer.

2. In this capacity, I have attempted to determine what portion of a jury panel would be Caucasian and what portion of the panel would be African-American, if the jury panel were composed of a fair cross-section of the community for the Middle District of Alabama.

3. In order to reach this calculation, I have reviewed statistics for the thirteen counties[1] which make up the Northern Division of the Middle District of Alabama, from the United States Department of Commerce' 2000 Census of Population and from the Office of Voter Registration for the State of Alabama.

---

[1] These counties are: Autauga, Barbour, Bullock, Butler, Chilton, Coosa, Covington, Crenshaw, Elmore, Lowndes, Montgomery, and Pike.

4. On information and belief, these statistics establish the following facts:

   a. The total population of these thirteen counties, as of the 2000 census, is 529,661.

   b. The number of persons living in these thirteen counties who are Caucasian, designated as "white" according to the 2000 census, is 328,647.

   c. Thus, approximately 62% percent of the population of the Northern Division of the Middle District of Alabama is Caucasian.

   d. The number of persons living in these thirteen counties who are African-American, designated as "black" according to the 2000 census, is 188,960.

   e. Thus, approximately 36% percent of the population of the Northern Division of the Middle District of Alabama is African-American.

5. Accordingly, I would anticipate a jury panel drawn from a fair cross-section of the community of the Northern Division of the Middle District of Alabama would be 36% African- American and 62% Caucasian.

6. In the thirteen years I have been practicing law before the District Court for the Middle District of Alabama, I have participated in numerous jury trials. During the jury selection process for each of these trial I have consistently found that the jury venires consistently contains substantially less than 36% percent African-Americans

7. In this case, the jury venire consisted of approximately 72 members. Eleven

of these jurors have not yet presented questionnaires. Of the 61 who have, only 13, or 21%, are African-American.

I hereby declare, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

*Christine A. Freeman*

This 7th day of April, 2008

WITNESS

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Verne Speirs, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

                          Respectfully submitted,

                          s/Christine A. Freeman
                          CHRISTINE A. FREEMAN
                          TN BAR NO.: 11892
                          Attorney for Defendant
                          Federal Defenders
                          Middle District of Alabama
                          201 Monroe Street, Suite 407
                          Montgomery, AL 36104
                          TEL:   (334) 834-2099
                          FAX:   (334) 834-0353
                          E-Mail: Christine_Freeman@fd.org