# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 2:07-cr-151-MEF |
| ) | |
| LORENZO RAINER  ) | |

## MOTION TO PRESERVE JURY QUESTIONNAIRES

**NOW COMES**, the Defendant **LORENZO RAINER**, by and through undersigned counsel, and respectfully moves this Honorable Court for entry of an order directing the Office of the U.S. District Court Clerk to preserve and retain intact and not to destroy or alter all jury questionnaires and all other documents relating in any manner to the creation of the Jury Wheels, jury pools, venire, used in the creation of the grand and petit juries in this case.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Lorenzo Rainer
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that on April 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Matthew W. Shepherd, Esq., Assistant U. S. Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

                                    Respectfully submitted,

                                    <u>s/Christine A. Freeman</u>
                                    **CHRISTINE A. FREEMAN**
                                    **TN BAR NO.: 11892**
                                    Attorney for Lorenzo Rainer
                                    Federal Defenders
                                    Middle District of Alabama
                                    201 Monroe Street, Suite 407
                                    Montgomery, AL 36104
                                    TEL: (334) 834-2099
                                    FAX: (334) 834-0353
                                    E-Mail: Christine_Freeman@fd.org