IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-151-MEF |
| | ) | |
| LORENZO RAINER | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), the defendant's Motion Regarding Jury Selection (Doc. #63) and Motion to Inspect Jury List for Both the Grand Jury and the Petit Jury (Doc. #64) are referred to Magistrate Judge Susan Russ Walker for entry of any orders or recommendations as may be appropriate.

DONE this 18th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE