FILED

JUL 1 8 2007

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr151-MEF |
| | ) | [18 USC 922(g)(1)] |
| LORENZO RAINER | ) | |
| aka Reno Rainer | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about June 12, 2007, in Montgomery County, within the Middle District of Alabama,

LORENZO RAINER
aka Reno Rainer,

defendant herein, having been convicted of a felony offense, a crime punishable by

imprisonment for a term exceeding one year under the laws of the State of Alabama,

did knowingly possess in and affecting interstate commerce a firearm, to-wit:

a Ruger, .357 Magnum Revolver, a better description of which is unknown to the

grand jury,

in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*Deputy* /s/ *Marilynn Presley*
Foreperson

/s/ *Leura G. Canary*
LEURA G. CANARY
United States Attorney

/s/ *John T. Harmon*
John T. Harmon
Assistant United States Attorney

/s/ *Matthew W. Shepherd*
Matthew W. Shepherd
Assistant United States Attorney