UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA

-vs-                                         CASE NO. 2:07cr151-MEF

LORENZO RAINER

### VERDICT FORM

We, the Jury, find the Defendant Lorenzo Rainer:

_____   Not Guilty

\_\_\_\_X\_\_\_\_\_   Guilty

of possession of a firearm as charged in Count One of the indictment.

SO SAY WE ALL.

Date: 4/16/08

_____
Foreperson