IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr151-MEF |
| | ) | |
| LORENZO RAINER aka Reno Rainer | ) | |

**ORDER**

Upon consideration of defendant's motion to stay (Doc. # 63) and motion to inspect jury documents (Doc. # 64), filed April 7, 2008, and for good cause, it is

ORDERED that the government shall file responses to the motions on or before May 8, 2008.

DONE, this 23rd day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE